

# Missouri Court of Appeals
## Southern District

## OCTOBER 30, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33737

Re:    RICKY LEE BEAL, JR.,
        Movant-Appellant,
        v.
        STATE OF MISSOURI,
        Respondent-Respondent.